STATE OF NEW JERSEY, PLAINTIFF-APPELLANT, v. MARLON
S. CUELLAR AND CARLOS A. MEDINA,
DEFENDANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued December 2, 1986—Decided December 23, 1986.

Before Judges ANTELL and LONG.

*Steven J. Kaflowitz,* Assistant Prosecutor, argued the cause for appellant (*John H. Stamler,* Union County Prosecutor, attorney; *Raymond J. Zeltner,* Assistant Prosecutor, of counsel and on the letter brief).

*Joseph Spagnoli* argued the cause for respondent *Marlon S. Cuellar* (*Spagnoli & Thuring,* attorneys; *Rodney W. Bryson* of the Bar of Florida, admitted *pro hac vice* ).

*Francis X. Hermes* argued the cause for respondent *Carlos A. Medina* (*H. Frank Rubio* of the Bar of Florida, admitted *pro hac vice* ).

PER CURIAM.

This is an appeal by the State from the trial judge's order granting a motion to suppress filed on behalf of defendants, Marlon S. Cuellar and Carlos A. Medina. The State claims that:

Point I—The stop of the vehicle was proper.
Point II—The observation of the switchblade knife was made in plain view.
Point III—The search of the vehicle was proper.

We disagree and affirm substantially for the reasons expressed by the trial judge, Judge Menza, in his oral opinion of March 17, 1986, and his subsequent written opinion which is reported at 211 *N.J.Super.* 299 (Law Div.1986).

Affirm.